# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON TODD COWAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CIV-14-171-D |
| | ) |
| CONTINENTAL RESOURCES, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Remand [Doc. No.9]. Defendant is a citizen of Oklahoma, the forum state in which this action was brought. Defendant removed this action on grounds of diversity of citizenship pursuant to 28 U.S.C. § 1332. *See* Notice of Removal [Doc. No. 1]. Pursuant to 28 U.S.C. § 1441(b)(2), "[a] civil action otherwise removable solely on the basis of [diversity] jurisdiction . . . may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Additionally, Defendant represents in its Motion that the parties have conferred and agree that removal of this matter is not proper.

Having reviewed the allegations in the state court Petition and the Defendant's Unopposed Motion to Remand, the Court concludes that pursuant to 28 U.S.C. § 1441(b)(2), this matter may not be removed and, therefore, a remand

is required. Defendant's Unopposed Motion to Remand [Doc. No. 9] is, therefore, **GRANTED**.

IT IS SO ORDERED this 12th day of March, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE